

FILED
ENTERED
RECEIVED

APR 12 2019

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

TPW/RDM: USAO 2018R00236

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **FILED UNDER SEAL** |
| **v.** | * | |
| | * | |
| **SEUN BANJO OJEDOKUN,** | * | CASE NO. _19-mj-1345 TMD_ |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

Your Affiant, Keith A. Custer, being first duly sworn, deposes and states as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice.  I have been employed by the FBI for approximately 12 years, during which time I have been assigned to the Baltimore Division.  I am currently assigned to a white collar crime squad.  I have received instruction and training, along with investigative experience, in contract fraud, mortgage fraud, financial institution fraud, healthcare fraud, wire fraud, and money laundering.  In addition I have received training in computer forensics and electronic mail ("email") analysis.  In the course of conducting or participating in criminal investigations, I have been involved in interviewing and debriefing witnesses and informants; conducting physical surveillance; analyzing bank records and other financial documents; analyzing telephone records; collecting and analyzing evidence; and preparing and executing search warrants, including search warrants for email accounts.

2.     I have personally participated in this investigation and have witnessed many of the facts and circumstances described herein.  I have also received information from other law enforcement officers relating to this investigation.  The information set forth in this affidavit is

based on my own observations and review of documents, or reliable information provided to me by other law enforcement personnel. I am setting forth only those facts and circumstances necessary to establish probable cause for the issuance of the requested arrest warrant and complaint. Unless otherwise indicated, all written and oral statements referred to herein are set forth in substance and in part, rather than verbatim.

     3.     This affidavit is being submitted in support of an arrest warrant for **SEUN BANJO OJEDOKUN ("OJEDOKUN")**. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe that **OJEDOKUN** violated 18 U.S.C. § 1956(h) (money laundering conspiracy) and § 1956(a)(1)(A)(i), (a)(1)(B)(i), and § 2 (promotion and concealment money laundering).

**CONVICTION OF OJEDOKUN CO-CONSPIRATORS**

     4.     On May 18, 2015, a federal grand jury for the District of Maryland returned an indictment charging **Gbenga Benson Ogundele ("Ogundele")**, **Mukhtar Danjuma Haruna ("Haruna")**, and eight other individuals with conspiracy to commit wire fraud (in violation of 18 U.S.C. § 1349), conspiracy to commit money laundering (18 U.S.C. § 1956(h)), and aggravated identity theft (18 U.S.C. § 1028A). *See* Criminal No. PWG-15-277 (D. Md.). Following a four-week jury trial in 2016, **Ogundele** was found guilty of one count of Conspiracy to Commit Wire Fraud, one count of Conspiracy to Commit Money Laundering, and one count of Aggravated Identity Theft on November 18, 2016. On March 22, 2017, **Ogundele** was sentenced to a term of 234 months incarceration and ordered to pay restitution in the amount of $2,195,103.06. **Haruna** remains at large, and is currently believed to be located in Nigeria. With the exception of **Haruna**, all charged defendants either pleaded guilty or were convicted by a jury of charges related to their roles in the scheme described below.



## Summary of the Fraud and Money Laundering Scheme

5.      In December 2012, the Internet Crime Complaint Center[1] ("IC3") forwarded an Internet Crime Complaint Center Report to the Baltimore Division of the FBI.  The report was based on complaints from six individuals who claimed to have been defrauded of a combined total of $754,058.  Each victim reported developing a relationship with an individual that they had met through an online dating website such as Match.com or another social networking website.  The relationships typically began with emails and instant messaging and on occasion escalated to phone calls.  Each of the victim's romantic interests purported to be from an English speaking first-world country, such as the United States or Australia, but represented that they were temporarily overseas for various reasons such as military service or business.  The victims at times received small gifts such as flowers or chocolates from their romantic interest.  Eventually after gaining the victim's confidence, the romantic interests began asking for money for a variety of reasons.  This money was sent in several ways, including Western Union or MoneyGram money transfers, wire transfers to identified bank accounts in the United States, international wire transfers to bank accounts held by shell corporations outside the United States, cash deposits to identified bank accounts in the United States, or cash or check sent by mail to third parties in the United States.  The romantic interest continued to ask for money until the victim determined that they were being defrauded or simply ran out of cash.  This type of scheme is commonly referred to as a "romance scam."



---

[1]  The Internet Crime Complaint Center is a partnership of the FBI and the National White Collar Crime Center whose mission is "to serve as a vehicle to receive, develop, and refer criminal complaints regarding the rapidly expanding arena of cyber crime.  The IC3 gives the victims of cyber crime a convenient and easy-to use reporting mechanism that alerts authorities of suspected criminal or civil violations.  For law enforcement and regulatory agencies at the federal, state, local, and international level, the IC3 provides a central referral mechanism for complaints involving Internet related crimes."

- 3 -



6.     Investigation determined that the conspiracy also encompassed other types of fraud to include fraudulent income tax refunds, international lottery scams, counterfeit check scams, account takeovers, and business email compromises.  It was part of the conspiracy that the charged co-conspirators received proceeds of these frauds into their U.S. bank accounts and then purchased and exported used automobiles to Nigeria where cars were sold in the local currency, Nigerian naira.  The resulting funds were then distributed in Nigerian naira amongst the co-conspirators. Through training, knowledge, and experience I recognize this behavior as trade-based money laundering, which is utilized by criminals to move large sums of money from one country to another without having to utilize the traditional financial system where such transactions might draw the scrutiny of regulators or law enforcement.  This practice is important to the establishment of long-term money laundering networks as it provides a veneer of legitimacy to the members of the network who can represent themselves as used car dealers.  Since January 2011, individuals associated with this particular money laundering network purchased vehicles at three major auto-auctions in the greater Baltimore-Washington area for a total value of $13.393 million.  All told, the investigation identified over 340 unique victims of romance scams and other schemes named above.  Many other victims were not identified at all.  The victims reside primarily in the United States, but also reside in other countries including Canada, Australia, United Kingdom, France, and Spain.  The total estimated loss for both the identified and unidentified victims is at least $22 million.

7.     In the conspiracy, **Haruna**, operating from Nigeria, acted as a broker between individuals executing scams ("scammers")—who needed U.S. bank accounts for their victims to deposit money—and **Ogundele**, who headed a group in the United States that controlled a number of U.S. bank accounts that were used to receive victim deposits.  **Haruna** also facilitated



communication between the scammers and **Ogundele**'s group by acting as a middle man throughout the transaction.  In many instances, there were several layers of middlemen between the scammers and the drop account holders.  The co-conspirators communicated using a number of ways including phone, email, and SMS text message.  Based on the information herein, I believe **OJEDOKUN,** who was based in Nigeria during the scheme, was one of these additional middlemen that facilitated fraudulent financial transactions.

8.      The indictment of **Ogundele** and **Haruna** listed 15 bank accounts—controlled by the charged defendants— that were used to receive victim deposits.  These accounts, also referred to as "Drop Accounts," were mostly in the names of businesses created by the defendants, although occasionally the defendant's received funds into accounts held in their own name.  Below is a list of certain Drop Accounts, along with the associated charged defendants, the businesses, and the approximate amount of suspected fraudulent deposits received into each account:

| Bank | Last 4 of account number | Shell Corporation | Account Owner(s) | Amount of Suspected Fraudulent Deposits ($) |
|---|---|---|---|---|
| Bank of America ("BOA") | 2143 | Friendly Auto Sales | Gbenga **Ogundele** | $921,587 |
| BOA | 7607 | G.O. Benson Group LLC | Gbenga **Ogundele** | $643,638 |
| Wells Fargo ("WF") | 4126 | G.O. Benson Group LLC | Gbenga **Ogundele** | $292,001 |
| Capital One ("CO") | 9448 | G.O. Benson Group LLC | Gbenga **Ogundele** | $293,006 |
| BOA | 7699 | EAV Groups LLC | Victor **Oloyede** | $845,251 |
| BOA | 7709 | EAV Groups LLC | Victor **Oloyede** | $235,890 |
| WF | 7321 | None | Victor **Oloyede** | $226,586 |
| CO | 5256 | Crown Global LLC | Victor **Oloyede** | $408,848 |
| BOA | 5410 | None | Olusegun C. **Ogunseye** | $55,340 |
| BOA | 1185 | Olusegun **Ogunseye** dba Olusegun C. **Ogunseye** Export | Olusegun C. **Ogunseye** | $225,862 |
| BOA | 2097 | DBA Yinka O **Awolaja** Jr. Kiski Entertainment, Adeyinka O. **Awolaja** Sole Prop | Adeyinka **Awolaja** Jr. and Babatunde **Popoola** | $133,722 |
| BOA | 5641 | None | Mojisola **Popoola** | $294,478 |
| WF | 6413 | Grace Auto | Olusola **Olla** | $319,065 |
| BOA | 6821 | None | Funmilayo **Shodeke** | $127,801 |
| WF | 4096 | None | Olufemi Wilfred **Williams** | $394,617 |





## OPEOLUWASEUN@GMAIL.COM Email Search Warrant

9.      During the investigation I obtained search warrants for over 30 email accounts that were utilized during the scheme.  One of these accounts was <dmukky@yahoo.com> ("the **DMUKKY ACCOUNT**"), which, as proven at trial, was utilized by **Haruna** throughout the scheme.     Another of these accounts was <opeoluwaseun@gmail.com> ("the **OPEO ACCOUNT**") which, as discussed below, I believe was utilized by **OJEDOKUN** in the conspiracy.

10.      On August 28, 2014, United States Magistrate Judge Charles B. Day authorized a search warrant for the **OPEO ACCOUNT**.  In response to this search warrant, Google provided the following subscriber information:

> *GOOGLE SUBSCRIBER INFORMATION*
> *Name: Seun Banjo*
> *e-Mail: opeoluwaseun@gmail.com*
> *Recovery e-Mail: seunban2000@yahoo.co.uk*
> *Created on: 2011/06/25-21:39:41-UTC*
> *SMS: +234XXXXX7481 [NG]*

A search of FBI databases determined that a Non-Immigrant Visa was issued to **OJEDOKUN**, residing in Lagos, Nigeria, on 28 June 2017.  The visa was an F-1 student visa and on it **OJEDOKUN** listed an email address of <seunban2000@yahoo.co.uk> and a particular home phone number, both of which match the subscriber information provided by the subscriber of the **OPEO ACCOUNT**.  On his visa application, **OJEDOKUN** listed an address in Alimosho, Nigeria, which I know to be a part or suburb of greater Lagos.



### Additional Indicia of OJEDOKUN'S Ownership of the OPEO ACCOUNT

11.     Several other items located in the **OPEO ACCOUNT** identified **OJEDOKUN** as

the owner of the account.  For example, I located the below email in which **OJEDOKUN** sent a

copy of his curriculum vitae ("C.V.") to a potential employer:

| | |
|---|---|
| *Subject:* | *Curriculum Vitae* |
| *Date:* | *Thu, 23 May 2013 17:29:37 +0100* |
| *From:* | *Seun Banjo <opeoluwaseun@gmail.com>* |
| *To:* | *careers@etisalat.com.ng* |
| *Attachment:* | *Ojedokun, Seun CV.doc* |

I know Etislat to be a Nigerian telecommunications provider.  The identifying information on the

top of the attached C.V. is shown below:

## OJEDOKUN, SEUN BANJO

███████ALIMOSHO LAGOS

Tel:███████7481   E-mail: opeoluwaseun@gmail.com

Date of Birth:██████1986

Motivated Chemist, with excellent interpersonal skills, results driven with experience in team work and working to
tight deadlines.
Seeking a lecturing position, to build upon practical, research, technical knowledge and skills.

**EDUCATION**

2006 - 2010     **University of Ibadan, Ibadan**
                **B.Sc** (Honour) Chemistry Second Class division
                **Options: Pure and Applied Chemistry**
                Main subjects include, Manufacturing Management, Consultancy tools and manufacturing.
                **Project: 'Characterization of Natural Rubber and its Co-polymers'**
                The purpose of the project was to prepare natural rubber from two sources and then co -polymerises
                each product with polyacrylonitrile. The copolymers are to get new physical properties that are of
                mechanical advantages and other advantages which using natural rubber would have been a
                disadvantage.

1994-2000       **Owode High School, Owode Egba, Ogun State**
                Senior Secondary School Certificate (SSCE)

The name, address, phone number, and date of birth found on the C.V. in the **OPEO ACCOUNT**

match with the information found on the visa application for **OJEDOKUN**.  Additionally, the

C.V. indicates that **OJEDOKUN** has a chemistry degree and is a "motivated chemist."  My

investigation has revealed that **OJEDOKUN** is currently enrolled as a graduate chemistry student at a university in Chicago, Illinois.

12.     Additional review of the **OPEO ACCOUNT** found that the user of that account had been seeking admission to graduate schools in the United States in 2014.  For example, the email below was noted, in which **OJEDOKUN** appears to have submitted an online application to the University of Rhode Island using the **OPEO ACCOUNT** as his primary email:

> *Subject: Online Account Information*
> *Date: Sat, 21 Jun 2014 07:51:02 -0400*
> *From: University of Rhode Island <support@hobsons.com>*
> *Reply-To: no-reply-ay@hobsons.com*
> *To: opeoluwaseun@gmail.com*
>
> *Dear Seun Ojedokun,*
>
> *This email is to confirm your new online Application account for University of Rhode Island.*
> *Below is the information you provided when establishing this account:*
> *   First Name: Seun*
> *   Last Name: Ojedokun*
> *   Email Address: opeoluwaseun@gmail.com*
>
> *The following PIN will be required to gain access to your Application account. If you don't have*
> *your password, please use the Forgot your PIN or password Link on the login page.*
> *   PIN:  697937287U6*
> *   Application URL:  https://app.applyyourself.com/?id=URI*
>
> *Your application account will remain active for one year from the date of your last access.*
> *Although you may, from time to time, receive emails from us, your application information will*
> *not be released to our office until you have submitted your application.  When you complete your*
> *online application, remember to submit it by clicking the Submit Application button located at the*
> *top of the online application main menu.  Please direct specific questions about the application*
> *process to our office.  If you experience any technical difficulty with your application, please log*
> *into the application and click on the Tech Support button at the top of the page.*
>
> *If you need to contact Technical Support and cannot access it from within the Application, you*
> *can do so at*
> *https://app.applyyourself.com/AYContactHelpDesk/TechSupport.asp?packageType=Application*
> *%20for%20Admission&ca=URI&p=697937287U6*
>
> *Sincerely,*
> *University of Rhode Island*



## **Examples of Money Laundering in the OPEO ACCOUNT**

13.     A review of the **OPEO ACCOUNT** found that **OJEDOKUN** was in contact with

**Haruna** in April 2014 regarding a $2,800 fraudulent deposit into the WF 4126 drop account

controlled by **Ogundele**.  The fraudulent deposit receipt originated from the following email chain:

> Subject:       RE: Deposit of funds
> Date:   Sat, 26 Apr 2014 07:13:02 -0700
> From: Richard Barry Jackson <headofaccounting@outlook.com>
> To:      opeoluwaseun@gmail.com <opeoluwaseun@gmail.com>
> Attachment:    20140425_101504.jpg 1.9 MB
> ------------------------------------------------------------------------
> From: headofaccounting@outlook.com
> To: r.sultan79@yahoo.com
> Subject: RE: Deposit of funds
> Date: Fri, 25 Apr 2014 13:23:07 -0700
> ------------------------------------------------------------------------
> Date: Fri, 25 Apr 2014 10:16:35 -0500
> Subject: Deposit of funds
> From: Victim #1@gmail.com
> To: headofaccounting@outlook.com
>
> Deposit

In an interview with the FBI, Victim #1 related that she responded to a job posting on Indeed.com

for a work from home position.  She stated that she received a check from her supposed employer

that she was supposed to use to pay for the software that she would need for the job.  Victim #1

cashed the check at her BOA branch and deposited the $2,800 as she was instructed into the WF

4126 account.  A few days after the deposit, she was contacted by BOA, which notified her that

the check was fraudulent.  BOA closed her account and charged off the $2,800.  A search of FBI

databases located three IC3 complaints related to Richard Barry Jackson and/or the

<headofaccounting@outlook.com> email address.  In each instance, the victim reported they were

the victim of an attempted employment scam.  In two of the cases, the victims received fraudulent

checks and were directed to cash them and then deposit the proceeds to another bank account.



14. After receiving the deposit receipt from the <headofaccounting@outlook.com> account, **OJEDOKUN** forwarded it to **Haruna** with no additional comment, as shown below:

| | |
|---|---|
| *Subject:* | *Fwd: Deposit of funds* |
| *Date:* | *Sat, 26 Apr 2014 07:24:12 -0700* |
| *From:* | *Seun Banjo <opeoluwaseun@gmail.com>* |
| *To:* | *dmukky@yahoo.com* |
| *Attachment:* | *20140425_101504.jpg 1.9 MB* |



This email was typical of the scheme, in which victims, often well outside of the geographic footprint of the Drop Account owner, were directed to make deposits to Drop Accounts and take a photograph of the receipt. This photograph was then used by the scammers as proof to the Drop Account holder that the deposit had been made. **Haruna** replied to the **OJEDOKUN** email, and **OJEDOKUN** replied as shown below:

| | |
|---|---|
| *Subject:* | *Re: Payment* |
| *Date:* | *Sat, 26 Apr 2014 10:05:53 -0700* |
| *From:* | *Seun Banjo <opeoluwaseun@gmail.com>* |
| *To:* | *dmukky@yahoo.com* |

*A customer asked the documents to be sent to you.*

*On 26 April 2014 07:42, <dmukky@yahoo.com <mailto:dmukky@yahoo.com>> wrote:*

*Who is dis please*

*Sent from my BlackBerry 10 smartphone.*
*\*From: \*Seun Banjo*
*\*Sent: \*Saturday, 26 April 2014 14:30*
*\*To: \*dmukky@yahoo.com <mailto:dmukky@yahoo.com>*
*\*Subject: \*Fwd: Fw: Payment*

In this email chain, **Haruna** is asking who is contacting him with the deposit receipt. **OJEDOKUN** replied that he was asked by a "customer" to forward the documents to **Haruna**. Based on my training and experience, I believe that **OJEDOKUN**'s customer was in fact a scammer, or agent of a scammer, operating the fraud email account <headofaccounting@outlook.com>, that has arranged for their victim to deposit to drop account WF 4126, controlled by **Ogundele**. The scammer is working with **OJEDOKUN** to facilitate a transaction whereby the $2,800 is exchanged for Nigeria naira. In essence, the scammer has contracted with **OJEDOKUN** to "sell" the fraudulently obtained U.S. dollars for Nigerian naira. **OJEDOKUN** has presumably already paid or reached an agreement to pay the scammer in naira, at a black market exchange rate and now needs to collect from **Haruna** at a more favorable rate in order to turn a profit.

15.     Although the transaction above was the only one involving **OJEDOKUN** and **Haruna** found in the **OPEO ACCOUNT**, a review of emails in the **DMUKKY ACCOUNT** revealed evidence of another transaction, which presumably had been deleted from the **OPEO ACCOUNT**. The email and attachment are shown below:

| | |
|---|---|
| **From:** | Seun Banjo <opeoluwaseun@gmail.com> |
| **Sent:** | Saturday, April 26, 2014 9:31 AM |
| **To:** | dmukky@yahoo.com |
| **Subject:** | Fwd: Fw: Payment |
| **Attachments:** | 20140425_121347.jpg |

*Email from **OJEDOKUN** to **Haruna***



*Attachment to 4/26/2014 email from **OJEDOKUN***

The attachment above shows a cash deposit of $1,300 into **Ogundele's** WF 4126 account on April

25, 2014.  Although I was not able to identify a victim for this deposit, the amount and date are

consistent with other fraudulent deposits related to the employment scam scheme described in this affidavit.

**SULTAN ACCOUNT**

16.     The email account <r.sultan79@yahoo.com> (the "**SULTAN ACCOUNT**"), seen above in the email chain involving <headofaccounting@outlook.com>, was a frequent correspondent with the **DMUKKY ACCOUNT**, particularly with respect to deposits made to **Ogundele's** WF 4126 account, and notably involving emails bearing the hallmarks of employment scams that were sent around the same time that **OJEDOKUN** contacted **Haruna** in April 2014. For example, the email and attachment below originated from "Scott Anglin" using the email account <employmentdesk11@yahoo.com>.  I believe this email is another alias that was used in an employment scam.  The subject "DEPOSIT FROM TEE JAY" indicates that the scammer is known to the owner of the **SULTAN ACCOUNT** as "Tee Jay."  The email was sent initially to the **SULTAN ACCOUNT** and was forwarded on to the **DMUKKY ACCOUNT**:

| | |
|---|---|
| **From:** | r.sultan79 <r.sultan79@yahoo.com> |
| **Sent:** | Friday, April 11, 2014 10:19 AM |
| **To:** | dmukky@yahoo.com |
| **Subject:** | Fwd: DEPOSIT FROM TEE JAY |
| **Attachments:** | WP_20140411_001.jpg |

-------- Original Message --------
Subject: DEPOSIT FROM TEE JAY
From: Scott Anglin <employmentdesk11@yahoo.com>
To: r.sultan79@yahoo.com
CC:

*Email originating from Scott Anglin*



*Attachment to the Anglin email*

The attachment clearly shows a $2,500 cash deposit to **Ogundele's** WF 4126 account on April 11, 2014. Records provided by Wells Fargo showed that the deposit above occurred in Linden, New Jersey. A search of IC3 located five complaints related to "Scott Anglin" and/or <employmentdesk11@yahoo.com>. All of the complaints were for employment scams. On April 16, 2014, the **DMUKKY ACCOUNT** received the email and attachment below from the **SULTAN ACCOUNT**. Similar to the "Anglin" email, this email purported to be from "Natalie Hastings" using the email address <hiring_natalie@yahoo.com>.

| | |
|---|---|
| **From:** | r.sultan79 <r.sultan79@yahoo.com> |
| **Sent:** | Wednesday, April 16, 2014 10:29 AM |
| **To:** | dmukky@yahoo.com |
| **Subject:** | Fwd: Deposit slip from Muri |
| **Attachments:** | img057.jpg |

-------- Original Message --------
Subject: Deposit slip from Muri
From: Natalie Hastings <hiring_natalie@yahoo.com>
To: r.sultan79@yahoo.com
CC:

*Email originating from Natalie Hastings*



*Attachment to the Hastings email*

This attachment shows a receipt for a $2,450 check deposit to **Ogundele's** WF 4126 account. A

search of records provided by Wells Fargo for the WF 4126 account identified the remitter of the

cashier's check as Victim #2.  On October 28, 2014, Victim #2 was interviewed by agents from

the New Haven division of the FBI.  Victim #2 advised that she was a resident of Ansonia,

Connecticut that had fallen victim to an employment scam perpetrated by "Natalie Hastings" using

the email address <hiring_natalie@yahoo.com>.  Victim #2 received a fraudulent check for office

supplies and was directed to immediately cash it and deposit the proceeds into WF 4126.  A few

days after she deposited the check, Victim #2 was contacted by her bank, BOA, which notified her

that the check was fraudulent.  BOA held Victim #2 liable for the full amount of the check and as

of the date of her interview Victim#2 was still in the process of paying BOA back.

## OJEDOKUN Facilitating Money Laundering with Others

### UBALE ACCOUNT

17.     A review of the **OPEO ACCOUNT** identified numerous other email accounts with

whom **OJEDOKUN** appeared to be working with to facilitate money laundering.  For example,

**OJEDOKUN** received several emails from the account <ubarans74@yahoo.com>, which

frequently used the email display name "Ubale Yunusa" (hereafter "the **UBALE ACCOUNT**"),

that contained deposit receipts that were the proceeds of identified fraud.  An example email and

attached wire confirmation are shown below:

> Date:    Fri, 9 May 2014 11:43:52 +0100 (BST)
> From:    ubarans74@yahoo.com <ubarans74@yahoo.com>
> To:      opeoluwaseun@gmail.com <opeoluwaseun@gmail.com>
>
>
> Sent from Yahoo Mail on Android
> Attachment: IMG_20140509_113911.JPG





## Wire Transfer Services

Outgoing Wire Transfer Request

**WELLS FARGO**

| Today's Date: | Created After Deadline: | | Wells Fargo Reference Number: |
|---|---|---|---|
| 04/08/2014 | Yes | | FW0000081109B328183 |
| Banker Name: | | | Officer/Portfolio Number: |
| KAREN LUNA | | | CF779 |
| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
| 619/477-1194 | 04501 | 0000811 | E2408-011 |

Outgoing wires can be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC") and the International Bank Account Number ("IBAN").

### Originator's Information

| Customer Name: | | | Street Address: |
|---|---|---|---|
| ■■■■■ | | | ■■■■■ |
| Primary ID Type: | Primary ID Description: | | Address Line 2: |
| FINV | PIN Validation | | |
| Primary ID St/Cry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3 |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| DLIC | ■■■■■ | | SAN DIEGO | CA |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| CA | 05/27/2009 | 05/24/2014 | 92114-4118 | US |
| Business, Trust, or Estate Name: | | | Home Phone: | Business Phone: |
| COMMUNITY BOOKSTORE | | | | 619/264-2370 |

### Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0000811 | 995,000.00 | 2552871226 | 00114 |

### Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| WILLIAMS ENTERPRISE | 14070 BALTIMORE AVE |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| 1000169315271 | LAUREL MARYLAND 20707 |
| Information/Comments: | Name/Address Line 3: |
| THANK YOU FOR DOING BUSINESS WITH SS CB | Beneficiary Phone Number: |

### Beneficiary Bank (This is the financial institution where the beneficiary maintains their account.)

| ABA/RTN | SWIFT/BIC | Beneficiary Bank Name: |
|---|---|---|
| 061000104 | | SUNTRUST BANK |
| Beneficiary Bank Address: | City: | State: |
| | ATLANTA | GA |

Customer Copy

18.     This wire confirmation shows a wire for $95,000 by Victim #3 on behalf of a community book store in San Diego to a business named Williams Enterprise in Laurel, Maryland. **Ogundele** and his convicted co-defendant **Victor Oloyede ("Oloyede")** both resided in Laurel, Maryland during the scheme.  Victim #3 was interviewed by the FBI in June 2018 and stated that she had been the victim of a romance scam after meeting an individual on eHarmony.com in 2012 and 2013.  After losing $15,000 of her own, Victim #3 realized she was being defrauded and broke off contact with the fraudster.  About a year later, in March or April 2014, she was contacted again



- 17 -

by the scammer, who told Victim #3 that he was owed a large sum of money from a business deal and stated that if Victim #3 helped him she could earn some of the money back that she had lost previously.  Victim #3 agreed and received to her WF bank account certain wire deposits from Company 1, an identified victim of a business email compromise, in the amounts of $85,000 on April 7, 2014, and $115,000 on April 8, 2014.  FBI interviews with Company 1 executives confirmed that Company 1's corporate controller received a spoofed email from an email address closely resembling that of Company 1's Chief Financial Officer directing the fraudulent wire transfers to Victim #3's WF business account.

19.    A review of SunTrust bank records for the Williams Enterprise account showed that the account was opened by **Co-Conspirator #1** of Burtonsville, Maryland on April 2, 2014, only five days before the $85,000 wire transfer.  At the time of the account opening, **Co-Conspirator #1** was 27 years old.  The account was closed by the bank on May 7, 2014, but **Co-Conspirator #1** was given the balance of funds in the account, which amounted to $118,965, in a cashier's check.  The **UBALE ACCOUNT** forwarded three additional emails to the **OPEO ACCOUNT** which showed photographs of **Co-Conspirator #1's** SunTrust account statements with the fraudulent wire transfer from Victim #3 and a SunTrust notice of account closure, presumably sent to **Co-Conspirator #1**.  All three emails were sent with a single attachment on May 19, 2014, at 3:47 a.m. Eastern Daylight Time with no subject and no message.  The three attachments are shown below:





*Email Attachment 1*





*Email Attachment 2*



*Email Attachment 3*

Based on my knowledge, training, and experience, I believe that **OJEDOKUN**, **Co-Conspirator #1**, and the owner of the **UBALE ACCOUNT** conspired to launder the proceeds of the business email compromise that victimized Company 1.

### McFORD ACCOUNT

20.     Additional review of the **OPEO ACCOUNT** found more emails that were consistent with money laundering.  On May 20, 2014, the **OPEO ACCOUNT** received the email shown below:

| | |
|---|---|
| *Subject:* | *SLIP FROM APAMAN* |
| *Date:* | *Tue, 20 May 2014 07:22:40 -0700 (PDT)* |
| *From:* | *Harry Mcford <hford_55@yahoo.com>* |
| *To:* | *opeoluwaseun@gmail.com <opeoluwaseun@gmail.com>* |

*hi*



- 21 -

*Attachment: Scan001.jpg*

# Wire Transfer Services
### Outgoing Wire Transfer Request

**WELLS FARGO**

| Today's Date | Created After Deadline: | | Wells Fargo Reference Number: |
|---|---|---|---|
| 05/19/2014 | Yes | | IW00075333481717211 |
| Banker Name: | | | Officer/Portfolio Number |
| | | | PF492 |
| Banker Phone: | Store Number | Banker AU | Banker MAC |
| (520/625-1222 | 00860 | 0007533 | 84356-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC") and the International Bank Account Number ("IBAN")

### Originator's Information

| Customer Name: | | Street Address: |
|---|---|---|
| | | |
| Primary ID Type: | Primary ID Description: | Address Line 2: |
| DLIC | | |
| Primary ID St/City/Prov. | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: |
| AZ | 04/11/2009 | 03/25/2014 | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| OTHR DC | WELLS FARGO | | GREEN VALLEY | AZ |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| | | 09/30/2015 | 85614-3745 | US |
| | | | Home Phone: | Business Phone: |

### Wire Amount and Source of Funds

| Create AU | Debit Wells Fargo Account: | Bank/TOD | Amount (US Dollars) |
|---|---|---|---|
| 0007533 | | 10038 | $29,500.00 |

### Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| BEN ASA LTD | 1463ALAN AMPANG |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| 0995 | KUALA LUMPUR |
| Information/Comments: | Name/Address Line 3: |
| | MALAYSIA |
| | Beneficiary Phone Number: |

### Beneficiary Bank (This is the financial institution where the beneficiary maintains their account)

| ABA/RTN | SWIFT/BIC: | Beneficiary Bank Name: |
|---|---|---|
| | MBBEMYKL | MAYBANK BERHAD |
| Beneficiary Bank Address: | | City: | Country: |
| | | KUALA LUMPUR | MY |

Page 1 of 4

On June 6, 2018, the sender of the wire transfer above, Victim #4, a 77-year-old woman from Green Valley, Arizona, was interviewed by agents of the Tucson Resident Agency. Victim #4 advised that she had met a man named Harry McFord on Match.com in 2012 and developed romantic feelings for him. McFord advised Victim #4 that he was an engineer that performed projects all over the world, including Malaysia, Amsterdam, and Dubai. On three separate occasions, McFord told Victim #4 that he was going to fly to Tucson to meet Victim #4 in person.



Each time Victim #4 went to the airport but McFord never showed up.  Over the course of the relationship, Victim #4 estimated that she sent $50,000 or more to McFord, including the wire transfer above which was to be for taxes or fees associated with a million-dollar contract that McFord had been awarded in Malaysia.  McFord promised to repay Victim #4 but never did. Victim #4 confirmed that she communicated with McFord using his <hford_55@yahoo.com> email account ("the **McFORD ACCOUNT**").  Based on my training and experience, and knowledge of this investigation, I believe that an individual identifying themselves as "APAMAN" was the scammer that executed a romance scam on Victim #4.  An analysis of the originating Internet Protocol ("IP") address on the email from the **McFORD ACCOUNT** found that it originated in Malaysia.  From training, knowledge and experience, I believe that "APAMAN" has reached an agreement whereby **OJEDOKUN** arranged for a receiver in Malaysia to receive the $29,500 wire from Victim #4 and **OJEDOKUN** arranged for "APAMAN" to be compensated in a foreign currency or currencies of his choosing.

**MANCI**

21.    On July 17, 2014, the **OPEO ACCOUNT** received the below email, which contained a receipt for a $17,800 cash deposit:

-------- *Forwarded Message* --------
*Subject:*    *Fw: From manci*
*Date:*    *Thu, 17 Jul 2014 20:08:28 +0100*
*From:*    *kaysay <morrisskaysay@yahoo.com>*
*To:*    *opeoluwaseun@gmail.com*

-------------------------------------------

*From: *kaysay*
*Sent: *Thursday, July 17, 2014 7:28 PM*
*To: *belyaventure@yahoo.com*
*Subject: *From manci*
*Attachment:  REC.jpg*



A search of FBI databases identified the depositor of the $17,800 as Victim #5, a 53-year-old man from Norman, Oklahoma. Victim #5 was interviewed by an agent from the FBI's Oklahoma City division which was conducting an international money laundering investigation involving a company in Oklahoma. Victim #5 had fallen victim to a series of scams perpetrated by "Julia Davis" whom Victim #5 had met on a dating website. Julia told Victim #5 that she had a sick mother that lived overseas in Nigeria and needed medical treatments. Julia also told Victim #5 that she had inherited a box with $850,000 in cash inside, which she intended to use for her mother's medical treatments, but she needed assistance with taxes and transportation fees to get the box to Nigeria. Victim #5 estimated that he lost about $110,000 to Julia, including the $17,800 deposit shown in the email above. Based on my training and experience, and my knowledge of this investigation, I believe that an individual identifying themselves as "Manci" was the perpetrator of this scam against Victim #5. From knowledge, training, and experience, I believe that "Manci" has reached an agreement with **OJEDOKUN** and others in the email chain to launder the proceeds of the scam targeting Victim #5.





## ADDITIONAL UBALE ACCOUNT CONDUCT

22.     Numerous other emails indicative of fraud and money laundering were noted in the

**OPEO ACCOUNT**, including several more from the **UBALE ACCOUNT**.  For example, the

email below with attachment was located:

> -------- *Forwarded Message* --------
> *Subject:*      Fw: Fwd: Scanned001.PDF
> *Date:*         Fri, 9 May 2014 11:51:57 +0100 (BST)
> *From:*         Ubale Yunusa <ubarans74@yahoo.com>
> *To:*           opeoluwaseun@gmail.com <opeoluwaseun@gmail.com>
>
>
> *Sent from Yahoo Mail on Android*
>
> --------------------------------------------------------------------
> *From: * Yunus <ubarans74@yahoo.com>;
> *To: * yunusa rano <ubarans74@yahoo.com>;
> *Subject: * Fwd: Scanned001.PDF
> *Sent: * Fri, May 9, 2014 6:41:14 AM
>
> *Sent from my iPhone*
>
> *Begin forwarded message:*
>
> > *From:* Yunus <ubarans74@yahoo.com>
> > *Date:* 12 Afirilu, 2014 08:34:30 PM GMT+1
> > *To:* abduljj2001@yahoo.co.uk>
> > *Subject:* *Scanned001.PDF*



**WIRE TRANSFER FORM**

CUSTOMER'S NAME █████████                  DATE 04/11/2014

CUSTOMER'S ADDRESS ████████████

ALEXANDRIA, MN 56308

Debit account number ██████         or Cash

DESTINATION BANK (if applicable) BANK OF AMERICA

DESTINATION BANK Routing Number  *(9 digits)*  026009593

BENEFICIARY BANK BANK OF AMERICA

BENEFICIARY BANK Routing Number  *(9 digits)*  026009593

RECIPIENT NAME  A2Z AURTO CENTER INC

RECIPIENT ADDRESS ████████████

FAYETTEVILLE, GA 30214

RECEPIENT ACCOUNT NUMBER ████0835

AMOUNT OF WIRE    $10,000.00

REFERENCE OR OTHER INFORMATION

CUSTOMER'S SIGNATURE ████████████

Caller ID verified  [   ]

Voice or FAX wire in excess of $25,000.00 call-back verification to customer prior to transfer completed.  [   ]

If Non-customer, verification documents attached. OFAC check completed  [   ]

On July 11, 2018, an agent from the Minneapolis division of the FBI interviewed Victim #6, a 53-year-old man from Alexandria, Minnesota.  In 2014, Victim #6 met a woman calling herself Pamela Thompson on ChristianMingle.com, an Internet dating website.  After developing feelings for Thompson, Victim #6 estimated that he sent her about $50,000 as part of a gold investment in which they were supposed to split the profits.  Victim #6 sent the funds in various ways to different parties as directed by Thompson, and Victim #6 thought that the wire above was for the gold investment.  Victim #6 also related that he had been the victim of two other scams in which he had

lost over $240,000, including an inheritance scam.  Victim #6 did not receive any money back

from any of the scams.  I believe that **OJEDOKUN**, the owner of the **UBALE ACCOUNT**, and

others conspired to launder the $10,000 sent by Victim #6 shown in the wire transfer form above.

       23.     Another email involving **OJEDOKUN**, the **UBALE ACCOUNT**, and others is

shown below:

> -------- *Forwarded Message* --------
> *Subject:*    *Fw: Fwd: PAYMENT SLIP FROM ODIMEGWU*
> *Date:*       *Fri, 9 May 2014 11:48:58 +0100 (BST)*
> *From:*      *Ubale Yunusa <ubarans74@yahoo.com>*
> *To:*        *opeoluwaseun@gmail.com <opeoluwaseun@gmail.com>*
>
> *Sent from Yahoo Mail on Android*
> -----------------------------------------------------------------------
> *From: * Yunus <ubarans74@yahoo.com>;*
> *To: * yunusa rano <ubarans74@yahoo.com>;*
> *Subject: * Fwd: PAYMENT SLIP FROM ODIMEGWU*
> *Sent: * Fri, May 9, 2014 6:46:19 AM*
>
> *Sent from my iPhone*
>
> *Begin forwarded message:*
>
> > *From:* Yunus <ubarans74@yahoo.com>*
> > *Date:* 25 Maris, 2014 08:36:19 AM GMT+1*
> > *To:* abduljj2001@yahoo.co.uk*
> > *Subject:* *Fwd: PAYMENT SLIP FROM ODIMEGWU**
> *Attachment:  Scan0007-2.pdf*





# RECEIPT
## Recipient Transfer
### Reference Number 20140324-00012381

| Branch | 2340025   WALMART MONEY CENTER-MARIANNA FL | | |
|---|---|---|---|
| **Payment Amount** | 4,000.00 USD | **Rate** | **Contract Number** |
| **Debit Amount** | 4,000.00 USD | | **Charge Party**   None |

| **Send Date**  24MAR2014 | **Value Date**  24MAR2014 | **Time:**   14:09 |
|---|---|---|

**Consumer X-Border**   Not D-F

### Debit Party
D/1000133881911

█████████████

CHATTAHOOCHEE FL 32324-0762

### Recipient
Is Recipient a Bank? No
█████4789
ISOMA DUNKWU
█████████████

BETHLEHEM, PA 18017

### Recipient's Bank
█████808
TD BANK, NA
PHILADELPHIA, PA

| **Bank to Bank Information** | **Originator to Recipient Information** |
|---|---|

In or around April 2014, the originator of the money transfer shown above, Victim #7 of Bainsbridge, Georgia, was contacted by TD Bank regarding the $4,000 wire transfer. Victim #7 advised that he was a 73-year-old man who thought he had won an international lottery and was directed to wire the $4,000 depicted above in order to pay taxes on his winnings. I recognize this as a common version of an advanced fee scheme known as a "lottery scam." A review of records provided by TD Bank for the account ending 4789 ("TD 4789") found that the signature card for the account listed **Co-Conspirator #1** and **Individual #1** as the signers on the account. On March

25, 2014, these funds were commingled with another suspected fraudulent deposit and transferred to a TD Bank account ending 9053 ("TD 9053") which was held in the name **Co-Conspirator #1 DBA Co-Conspirator #1 Enterprise**.  On March 26, 2014, a series of four identical wires were made from TD 9053.  Each of the four wires was for $6,180 and were directed to **Co-Conspirator #2** in Lagos, Nigeria, at accounts held at the Nigerian banks Guaranty Trust Bank PLC and Stanbic IBTC Bank PLC.  I believe it is likely that **Co-Conspirator #2** is the owner of the email account <abduljj2001@yahoo.co.uk> (hereafter "the **ABDUL ACCOUNT**") that is in the email chain above with the $4,000 wire receipt from Victim #7.  I believe that **OJEDOKUN**, the owner of the **UBALE ACCOUNT**, **Co-Conspirator #1**, **Co-Conspirator #2**, and others conspired to launder the $4,000 sent by Victim #7.

24.     Review of the **OPEO ACCOUNT** found still more emails indicative of money laundering that involved **OJEDOKUN**, the **UBALE ACCOUNT**, and the **ABDUL ACCOUNT**. For example, the below email was sent to the **OPEO ACCOUNT** from the **UBALE ACCOUNT** on the same day a few minutes after the email regarding Victim #7:

> Subject:     *Fw: Fwd: P.Hxxxxxxx_10k.pdf*
> Date:        *Fri, 9 May 2014 11:51:12 +0100 (BST)*
> From:        *Ubale Yunusa <ubarans74@yahoo.com>*
> To:          *opeoluwaseun@gmail.com <opeoluwaseun@gmail.com>*
>
> *Sent from Yahoo Mail on Android*
> ------------------------------------------------------------------------
> *From: * Yunus <ubarans74@yahoo.com>;*
> *To: * yunusa rano <ubarans74@yahoo.com>;*
> *Subject: * Fwd: P.Hxxxxxxx_10k.pdf*
> *Sent: * Fri, May 9, 2014 6:44:54 AM*
>
> *Sent from my iPhone*
>
> *Begin forwarded message:*
>
> > *From:* Yunus <ubarans74@yahoo.com >
> > *Date:* 1 Afirilu, 2014 11:35:26 AM GMT+1
> > *To:* abduljj2001@yahoo.co.uk
> > *Subject: * *P.Hxxxxxxx_10k.pdf*



*Attachment: P.Hxxxxxxx_10k.pdf*

### OUTGOING WIRE TRANSFER

| | |
|---|---|
| DATE: 2-31-14 | WIRE FEE: 29.95 |
| | INT'L WIRE FEE: |

#### RECEIVING BANK INFORMATION

| | | |
|---|---|---|
| RECEIVER BANK ABA: 054001725 | BANK NAME: TD Bank | |
| AMOUNT: 10 000.00 | | |

#### OUR CUSTOMERS INFORMATION

| | | |
|---|---|---|
| ACCOUNT NUMBER: ·01 | PHONE NUMBER: .435 '2 | |
| NAME: Jac | | |
| ADDRESS: 8 | CITY, ST ZIP: 7X | |

#### BENEFICARY INFORMATION

| | | |
|---|---|---|
| BENEFICARY ACCOUNT: 4275009053 | PHONE NUMBER: | |
| NAME: Williams Enterprises | | |
| ADDRESS: | CITY, ST ZIP: | |
| SPECIAL INSTRUCTIONS: | | |

CUSTOMER SIGNATURE: R tn

PRINT NAME: Me

ACCEPTED BY: CA

Although the sender's information was deliberately obscured in this attachment by one of the co-conspirators, a review of the account records for TD 9053 found that Victim #8 in fact sent a wire for $10,000 to TD 9053.  In May 2018, an agent from the FBI Dallas division interviewed Victim #8 regarding this wire transfer.  Victim #8 advised that she was 71 years old, and in 2014 she had been approached about making an investment involving Nigerian crude oil in which she could earn up to 20 times her initial investment.  Victim #8 ended up investing her entire retirement account

of at least $192,000 and borrowed at least $130,000 more on credit cards. The investment was made in many installments and there was always one more payment that needed to be made. Victim #8 got no return on her investment and Victim #8 and her husband are now in a debt relief program and her son has assumed control of their finances. Although the TD 9053 account was frozen shortly after the $10,000 wire above, I believe that **OJEDOKUN**, the owner of the **UBALE ACCOUNT**, **Co-Conspirator #1**, **Co-Conspirator #2**, and others conspired to launder the $10,000 scammed from Victim #8. The email chain below between **OJEDOKUN** and the **UBALE ACCOUNT** indicates that both parties were located in the same general physical location in May 2014, which I believe was most likely Nigeria based on a review of the **OPEO ACCOUNT** and **OJEDOKUN's** visa application:

> *Subject:*      *Re: From Alhaji*
> *Date:*         *Tue, 20 May 2014 13:06:38 +0100 (BST)*
> *From:*         *Ubale Yunusa <ubarans74@yahoo.com>*
> *To:*           *Seun Banjo <opeoluwaseun@gmail.com>*
>
> *I will come and see u today*
>
> *Sent from Yahoo Mail on Android*
> *-------------------------------------------------------------------------*
> *\*From: \* Seun Banjo <opeoluwaseun@gmail.com>;*
> *\*To: \* Yunus <ubarans74@yahoo.com>;*
> *\*Subject: \* Re: From Alhaji*
> *\*Sent: \* Tue, May 20, 2014 11:43:56 AM*
>
> *Good morning. When will you come for your slip?*
> *-------------------------------------------------------------------------*
> *On 19 May 2014 00:55, Yunus <ubarans74@yahoo.com> wrote:*
>
>> *Pls I'm coming to collect the document I sent to your mail help me print it*
>>
>> *Sent from my iPhone*

### Additional Information Regarding Consciousness of Guilt

25.      In addition to the numerous emails which I believe were specifically related to the laundering of fraudulent proceeds, I observed several emails that were suggestive of



- 31 -



**OJEDOKUN's** awareness of and/or participation in other illicit activities.  For example, the email

below relates to Victim #9, who was the victim of a retirement account compromise:

> *Subject:*      *Re: Document and signature*
> *Date:*        *Thu, 5 Jun 2014 20:09:11 +0100*
> *From:*        *Seun Banjo <opeoluwaseun@gmail.com>*
> *To:*          *Jane Funkey <janefunkey@gmail.com>*
>
> *On 5 June 2014 19:26, Jane Funkey <janefunkey@gmail.com> wrote:*
>
> > *Forest.. that place you see they indicate as signature in the*
> > *document pls sign it and date it at the place they indicate date..*
> > *The signature is that one with <Victim #9>*
>
> *--     Regards*
> *        Jane Funkey*
> *Attachment:  KKK 003.jpg*



To: [8017722303]   From: UBS   Fax: UBS   at: 04-JUN-2014-11:34  Doc: 345  Page: 004

**UBS**

**Section 4. Tax Withholding Election (must be completed)**

**A. Federal Tax Withholding Election:** ☒ None ☐ Withhold _____ % OR $ _____

Unless a greater amount is elected, distributions sent to non-US addresses will have 10% federal tax withheld.

**B. State Tax Withholding Election:** ☒ None ☐ Withhold _____ % OR $ _____
(Do not complete if your state of residence has no state income tax or does not permit state tax withholding from IRA distributions, i.e. AK, AZ, FL, HI, IL, MS, NH, NV, PA, SD, TN, TX, WA, WY. Residents of all other states must complete this section.)

Michigan Residents: We will withhold at a rate of 4.35% unless you provide a withholding instruction using the Michigan W-4P form.
District of Columbia Residents: We will withhold at a rate of 8.95% unless you elect a higher withholding rate.
North Carolina Residents: We will withhold at a rate of 4% for all rollover eligible distributions unless you elect a higher withholding rate.

**Section 5. Reason for Distribution (must select only one)**

☒ Normal
☐ Early (no known exception)
☐ Early, exception applies (i.e. 72(t) Substantially Equal Periodic Payments)
☐ Death (distribution to approved beneficiary from Inherited IRA)
☐ Divorce (Attach Divorce Decree)
☐ Coverdell Education Savings Account
☐ Rollover to Eligible Retirement Plan
☐ Disability Please have your physician sign here:
    I certify that the patient named on this form has had a disability within the meaning of Internal Revenue Code Section 72(m)(7) since _____ (mm/dd/yyyy)

Physician's Name _____   Physician's Signature _____

Physician's Address _____

**Section 6. Signature of Acknowledgement (All must sign)**
By signing here, I agree to all applicable acknowledgements on the following pages of this form (Section 7).

In addition:
☐ I want this distribution to be reported as a Qualified Distribution from a Roth IRA, and I represent and certify that any distribution I received or will receive in this and all future years from this Roth IRA or any Roth IRA at UBS Financial Services Inc. that I hold are (over a beneficiary) is a qualified Roth distribution, that the first Roth IRA contribution (whether regular or a conversion contribution) made to the Roth IRA was made with respect to or in the calendar year five or more years prior to the date of this certification, AND the distribution is taken because it meets one of the following criteria: I am over the age of 59 ½ or I am disabled, or I) I am a beneficiary of the deceased Roth IRA owner.
☐ This distribution is from a SIMPLE IRA, and I represent that I have maintained a SIMPLE IRA for more than two years.

C_____ [redacted] ████   R_____ [redacted] ████   X /s/ ████ N- ████ X 6-05-14
Account Holder First Name   Last Name   Signature   Date

0104857083

AC-DQ (Rev. 04/14)   ©2014 UBS Financial Services Inc. All rights reserved. Member SIPC.   Page 3/5

---

The document above appears to be a retirement account withdrawal form for UBS Financial Services for identified account holder Victim #9. It appears that the sender of the initial email "Jane Funkey" asked the recipient "Forest" to sign and date the withdrawal form using Victim #9's name. In June 2018, UBS Financial Services provided records to the FBI regarding Victim #9, which showed that Victim #9's retirement account had been accessed without his authorization in 2014. Several wire transfers totaling $169,976 were made between May 28, 2014, and June 6,

2014, by an unknown party who possessed the answers to Victim #9's security questions. Based on my training and experience, and my knowledge of this investigation, I believe that **OJEDOKUN** possibly signed this account withdrawal form at Jane Funkey's behest in order to facilitate the theft of funds from Victim #9's retirement account.

26.     The email below indicates that **OJEDOKUN** registered for membership at the website BlackShop.pro which from training, knowledge, and experience I know to be a website frequented by hackers looking to purchase hacking tools or credentials to access web hosting servers:

> *Subject: Activation Account seunban2000*
> *Date:    Tue, 12 Aug 2014 12:52:56 +0400*
> *From:   No-Reply <noreply@blackshop.pro>*
> *To:       opeoluwaseun@gmail.com*
>
> *============================================================*
> *ACTIVATION ACCOUNT*
> *============================================================*
>
> *Dear seunban2000*
> *Your account was successfully created with the following access details:*
>
> *Account Access Name : seunban2000*
> *Email Address : opeoluwaseun@gmail.com*
> *Password : [*********] Your chosen password*
> *To activate your Account click HYPERLINK*
> *http://www.blackshop.pro/login.html?Activate=b53396049a9e2d5995c836af98431dfb49a8ac5c*
> *============================================================*
> *Black SHOP TeaM ©*
> *The e-mail system is sent automatically by our system. Please do not reply.*
> *Thank you for your business.*

Shortly after **OJEDOKUN** registered for membership, he appears to have purchased credentials for an unidentified web site. From training, knowledge, and experience, I know that cPanel is software that simplifies the process of hosting a web site for an authorized administrator. If a person obtained the proper credentials for the cPanel associated with a particular web site, the person could gain control over that web site. In the email below, **OJEDOKUN** is complaining to



an unknown party that the credentials that he purchased on the Blackshop.pro web site were not

working:

> Subject:     *password*
> Date:        *Tue, 12 Aug 2014 14:45:06 -0700*
> From:        *Seun Banjo <opeoluwaseun@gmail.com>*
> To:          *jowad.kazi@gmail.com*
>
> *Good day*
>
> *I bought a cpanel at blackshop.pro*
>
> *I need the correct username and password*
>
> *Thanks*

27.    In a similar fashion, as shown in the email below, **OJEDOKUN** appears to have

purchased or attempted to purchase what is likely a stolen credit card from an unknown party.

Most of the data associated with the stolen credit card appears to be masked, so it is possible that

**OJEDOKUN** did not complete the transaction:

> *-------- Forwarded Message --------*
> *Subject: Blaze Alibaba*
> *Date: Wed, 20 Aug 2014 03:52:23 +0530*
> *From: ALiBaba <biz@alibabaz.com>*
> *To: opeoluwaseun@gmail.com, seunban2000@yahoo.com*
>
> *+_____+ CapitalOne 2 +_____+*
> *Username       : hhhffh*
> *Password       : vnhb vgihg*
> *First Name     : dbjiguyi*
> *Last Name      : vvnh gkhi*
> *Address        : gj4ivho*
> *Address 2      : City   : blhuigu*
> *State    : KY*
> *ZipCode        : ug4ybhjve*
> *Country        : jgnvhi*
> *Phone   : gvuiuhiuhyi*
> *Date of Birth [M-D-Y]      : XX-XX-1985*
> *Social Security Number : XXXXX6747*
> *Debit or credit card number : XXXXXXXXXXXXXXXXXXXX6800*
> *Card Expiration date       : 01 - 2011*
> *Cvv2:  : 143*
> *Mother's Maiden Name  : mamscn*
> *Pin: jnhbrjbj*
> *Email  : jbvnhkj*

*Password          : bvtjhlk*

---

*Client IP : 154.120.80.16*
*HostName  : 154.120.80.16*
*Date Log  : 2014-8-19*
*Time Log  : 22:22:22*
*IP: 154.120.80.16*
*Date:*
*--------Created By TheLords-------*

28.      It also appears that **OJEDOKUN** experimented with phishing for online banking credentials.  In the emails shown below, **OJEDOKUN** appears to have obtained templates that could be used to mass email users in an attempt to harvest their online banking credentials.  In the first email, **OJEDOKUN** emails himself a web link from another email account which he controls.  This link is then embedded in two subsequent phishing templates that he later emails to himself, presumably to test or view the phishing email prior to sending it:

> *EMAIL 1*
> *Subject: boa on pointjoor*
> *Date: Wed, 20 Aug 2014 18:51:02 -0500*
> *From: seun <seunban2000@yahoo.co.uk>*
> *Reply-To: opeoluwaseun@gmail.com*
> *To: opeoluwaseun@gmail.com*
>
> *http://dhakeshwarimandir.com/bankofamerica/bankofamerica/user/details.php*

I believe that **OJEDOKUN** purchased the cPanel credentials for the web site domain above (dhakeshwarimandir.com) on the web site Blackshop.pro and planned to use the purchased domain access to host a fake Bank of America login page that would harvest the credentials of anyone who attempted to login.  The templates that **OJEDOKUN** emailed to himself are shown below:

> *EMAIL TEMPLATE 1*
> *Subject:        Your online Banking is Blocking*
> *Date:    Sat, 23 Aug 2014 12:16:56 -0300*
> *From:  BankofAmerica <customercare@boa.com>*
> *Reply-To:      customercare@boa.com*
> *To:     opeoluwaseun@gmail.com*
>
> *Hello* ,

*This is an automatic message by the system to let you know that you have to confirm your account information within 24 hours.*
*your account has been frozen temporarily in order to protect it.*

*If you don't confirm your account within 24 hours , your account will be \*permanently Frozen\*.*

*To confirm your account visit the link below :*
*\*Verification link\**
*<http://dhakeshwarimandir.com/bankofamerica/bankofamerica/user/details.php>.*

*once you have confirmed your account informations your account will start to work as normal once again*

*This is an automated message. Please do not reply to this email. If you need additional help, please visit BOA Support*

*Thanks,*
*BOA Security Team*

*TM and copyright © 2014 BOA Inc.*

*EMAIL TEMPLATE 2*
*Subject:       Update your online information*
*Date:    Mon, 25 Aug 2014 12:57:43 -0500*
*From:   BankofAmerica <customercare@boa.com>*
*To:      opeoluwaseun@gmail.com*

*\*Hello\* ,*

*This is an automatic message by the system to let you know that you have to confirm your account information within 24 hours.*
*your account has been frozen temporarily in order to protect it.*

*If you don't confirm your account within 24 hours , your account will be \*permanently Frozen\*.*

*To confirm your account visit the link below :*
*\*Verification link\* <http://alsdaa.com/bankofamerica/bankofamerica/user/details.php>.*

*once you have confirmed your account informations your account will start to work as normal once again*

*This is an automated message. Please do not reply to this email. If you need additional help, please visit BOA Support*

*Thanks,*
*BOA Security Team*

*TM and copyright © 2014 BOA Inc.*

29.    Further review of the **OPEO ACCOUNT** located an email indicating that **OJEDOKUN** had purchased U.S. tax preparation software for tax year 2013 from TaxACT as shown below:

---

**Subject: Confirming Your TaxACT 2013 Account Info**
**From:** "TaxACT Online" <reply@taxactonline.com>
**Date:** 6/5/2014 3:25 PM
**To:** "OPEOLUWASEUN@GMAIL.COM" <opeoluwaseun@gmail.com>

Sign in to TaxACT Online 2013 with your account info below.

Ta:                                                                       Sign In | Support | Return Checklist

Thanks for choosing TaxACT. Below is your account information you will need to sign in to your TaxACT Online 2013 account anytime, anywhere from any computer or tablet browser.

In order to protect your information, we do not share personal information or passwords via phone or email. Therefore, we recommend printing this email, writing in your password and security answer, and saving this paper with your tax records.

| | |
|---|---|
| Username: | OPEOLUWASEUN@GMAIL.COM |
| Password: | _____ |
| | Forgot 2013 Password? |
| Secret Question: | What is your city of birth? |
| Secret Answer: | _____ |
| Your Guaranteed TaxACT Fees: | With Free Federal Edition, we guarantee your federal return is FREE and your state return is $17.99 (additional state returns $17.99 each). For more information, sign in and click on "My TaxACT". |

Sign In

File your state taxes fast and easy. TaxACT automatically transfers your federal data to your state forms. Answer a few questions and file in minutes! Sign in and click on the "State Q&A" tab to start.

Questions? Please do not reply to this email. Contact us through our Support and Service Center.

---

Records provided to the FBI by TaxACT confirmed that an account was established using the user name <opeoluwaseun@gmail.com> and that in tax year 2013 a tax return using the name and social security number of Victim #10, an identified U.S. person with the initials S.K., had been completed but not filed.  The return was created on June 5, 2014, the same day that **OJEDOKUN**



MAR
4/12/19

registered for TaxACT.  TaxACT also provided records that showed that a user using the email and user name of <seunban2000@yahoo.co.uk> created a tax return using the name and social security number of an identified U.S. person, Victim #11.  This return was created on January 23, 2015.  A search of FBI databases found that Victim #11 appeared to have been the victim of identity theft.  I believe that **OJEDOKUN** purchased tax preparation software from TaxACT and then obtained names and identifying information for U.S. persons with the intent of filing fraudulent tax returns.  This is commonly referred to as Stolen Identity Refund Fraud ("SIRF").  Although **OJEDOKUN** may not have been successful in his SIRF attempts, they speak to his state of mind and criminal intent.

### <u>Conclusion</u>

30.     Based on the facts set forth herein, I respectfully submit that there is probable cause to believe that:

> i.     Between in or about January 2011 and March 2015, **OJEDOKUN** committed conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i), (a)(1)(B)(i), and (h); and
>
> ii.     On or about April 26, 2014, **OJEDOKUN** committed promotion and concealment money laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i), (a)(1)(B)(i), and § 2.

Therefore, I request the issuance of a criminal complaint and an arrest warrant.



31.     Your affiant has signed this document under oath as to all assertions and allegations

contained herein and states that its contents are true and correct to the best of his knowledge.

Keith A. Custer, Special Agent
Federal Bureau of Investigation
Department of Justice


Subscribed and sworn to me on this _____12th_____ day of April, 2019.

The Honorable Thomas M. DiGirolamo
United States Magistrate Judge

- 40 -