APR 1 2 2019

IN THE UNITED STATES DISTRICT COURT GREENBELT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | **FILED UNDER SEAL** |
| v. | * | |
| | * | |
| SEUN BANJO OJEDOKUN, | * | CASE NO. 19-mj-1345 TMD |
| | * | |
| Defendant | * | |
| | * | |

*******

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through its Attorneys, Robert K. Hur, United States Attorney for the District of Maryland and Thomas P. Windom, Assistant United States Attorney for said District, hereby moves this Honorable Court for an Order sealing the **Criminal Complaint, Arrest Warrant and Motion to Seal** submitted in connection with the above-referenced individual. Should the individual under investigation become aware of these documents, it could jeopardize the outcome of the investigation.

WHEREFORE, the government respectfully requests that the **Criminal Complaint, Arrest Warrant and Motion to Seal** along with this motion be placed under seal until further notice.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____
Thomas P. Windom
Assistant United States Attorney

It is so ORDERED, this **12** day of April, 2019.

_____
Thomas M. DiGirolamo
United States Magistrate Judge