IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

    Plaintiff

vs.         *     CRIM. NO. PWG 19-0228

SEUN BANJO OJEDOKUN

    Defendant         *

DEFENSE
ANSWER TO GOVERNMENT'S
MOTION FOR LEAVE TO DEPOSE CERTAIN WITNESSES

COMES NOW the Defendant, by and through counsel, and hereby consents to the Government's motion for leave to take the depositions of alleged "victims" specified as "A" through "K," in the text of the Government's motion.

           by:      _____/s/_____
                               George Harper FBN01781
                               Attorney for Defendant
                               14744 Main Street, Suite 101
                               Upper Marlboro, Maryland 20772
                               (301) 627-2700

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was emailed this 6th of July, 2020, unto the office of Thomas P. Windom, Esq., Assistant United States Attorney, Principal Deputy Chief, Southern Division, United States District Courthouse, 6500 Cherrywood Lane, Suite 200, Greenbelt, MD 20770.

                               _____/s/_____
                               George Harper