IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * |
|---|---|
| v. | * CRIMINAL NO. PWG-19-228 |
| SEUN BANJO OJEDOKUN, | * |
| Defendant. | * |

*******

**GOVERNMENT'S EXHIBIT LIST**
Motions Hearing – August 18, 2020

| Exh. # | Description | ID=d | Admitted |
|---|---|---|---|
| 1 | Compact disc ("CD") containing audio recording of interview of defendant on April 25, 2019 | | 8/18/2020 |
| 1a | Transcript of audio recording of interview of defendant on April 25, 2019 | | 8/18/2020 |
| 2 | Consent to Search Form (FD-26), signed by defendant on April 25, 2019 | | 8/18/2020 |
| 3 | Phone Examination Preview Report Properties for cell phone seized on April 25, 2019 | | 8/18/2020 |
| 4 | Text messages sent and received on April 25, 2019 | | 8/18/2020 |
| 5 | Photograph of Defendant's Residence 5626 S Indiana Ave | | 8/18/2020 |
| 6 | Photograph of Defendant's Residence 5626 S Indiana Ave | | 8/18/2020 |
| 7 | Chart of Emails between co-conspirators | | 8/18/2020 |
| 8 | Chart regarding email communications | | 8/18/2020 |