IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. PWG-19-228 |
| | * |
| SEUN BANJO OJEDOKUN, | * |
| | * |
| Defendant | * |
| | * |

\*\*\*\*\*\*

## SPECIAL VERDICT FORM

### COUNT ONE
(Conspiracy to Commit Money Laundering)

How do you find the defendant, Seun Banjo Ojedokun, as to the charge in Count One of the Superseding Indictment of Conspiracy to Commit Promotion Money Laundering, not guilty or guilty?

Not Guilty _____    Guilty   ✓

How do you find the defendant, Seun Banjo Ojedokun, as to the charge in Count One of the Superseding Indictment of Conspiracy to Commit Concealment Money Laundering, not guilty or guilty?

Not Guilty _____    Guilty   ✓

THE FOREGOING CONSTITUTES THE UNANIMOUS VERDICT OF THE JURY.

9-15-2020
Date

SIGNATURE REDACTED
Foreperson